UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:

BASIL STREET PARTNERS,

   Debtor.
_____/

Chapter 11
Case No. 9:11-bk-19510-FMD
Judge Caryl E. Delano

ANTARAMIAN PROPERTIES, LLC,

   Plaintiff,

v.

BASIL STREET PARTNERS, LLC,
F. FRED PEZESHKAN, IRAJ ZAND,
and RAYMOND SEHAYEK.

   Defendants.
_____/

Adv. Proc. No. 9:12-ap-863-FMD

## JOINT NOTICE OF APPEAL

  Antaramian Properties, LLC ("AP"), Jack J. Antaramian ("Mr. Antaramian"), the Antaramian Family Trust and Antaramian Family LLC (Collectively the "Antaramian Parties") jointly, by counsel, appeal under 28 U.S.C. § 158(a)(1) to the United States District Court for the Middle District of Florida from an *Amended Final Judgment of Attorney's Fees* rendered 08/11/14 (Doc. No. 410) and the *Final Judgment of Attorney's Fees* rendered 07/18/14 (Doc. No. 381). Within the scope of this appeal are the Court's earlier orders as follows: the *Order Granting in Part Motion for Attorney's Fees, Paralegals' Fees, and Costs in Excess of Taxable Costs* rendered 08/19/13 (Doc. No. 281), the *Order Determining Amount of Attorney's Fees* rendered 07/18/14 (Doc. No. 380) and the *Order Granting Motion in Limine* rendered 07/18/14 (Doc. 379). Copies of the orders are attached as Exhibit A. This is a joint appeal from a final order of a bankruptcy court.

The parties to the Final Judgment referenced above and the names and addresses of their respective attorneys are as follows:

| The Antaramian Parties | F. Fred Pezeshkan, Iraj Zand, and Raymond Sehayek |
|---|---|
| Robert L. Rocke, Esq. (FBN 710342)<br>Raul Valles, Esq. (FBN 148105)<br>ROCKE, McLEAN & SBAR, P.A.<br>2309 S. MacDill Avenue<br>Tampa, FL 33629<br>Phone: 813-769-5600<br>Fax:   813-769-5601<br>Email: rrocke@rmslegal.com<br>Email: rvalles@rmslegal.com<br>Attorneys for Appellants | Robert D. W. Landon, III, Esq. (FBN 961272)<br>KENNY NACHWALTER, P.A.<br>1100 Miami Center<br>201 S. Biscayne Boulevard<br>Miami, FL 33131<br>Phone: 305-373-1000<br>Fax:   305-372-1861<br>Email: rlandon@knpa.com<br>Attorneys for PZS |

Dated this 22nd day of August, 2014.

/s/ Robert L. Rocke
Robert L. Rocke, Esq. (FBN 710342)
Raul Valles, Esq. (FBN 148105)
ROCKE, McLEAN & SBAR, P.A.
2309 S. MacDill Avenue
Tampa, FL 33629
Phone: 813-769-5600
Fax:   813-769-5601
Email: rrocke@rmslegal.com
rvalles@rmslegal.com
Attorneys for Appellants

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on the parties appearing on the CM/ECF docket in the above-captioned case via the CM/ECF system on the 22nd day of August, 2014.

/s/ Robert L. Rocke
Attorney