UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:

BASIL STREET PARTNERS, LLC,   Chapter 11

    Debtor.   Case No. 9:11-bk-19510-FMD
_____/

ANTARAMIAN PROPERTIES, LLC,   Adv. Pro. No. 9:12-ap-863-FMD

    Plaintiff,

vs.

BASIL STREET PARTNERS, LLC, et al.,

    Defendants.
_____/

**AMENDED FINAL JUDGMENT OF ATTORNEY'S FEES[1]**

THIS PROCEEDING came on for consideration of the *Individual Defendants' Motion for Attorneys' Fees, Paralegal Fees, and Costs in Excess of Taxable* Costs (Doc. No. 233), filed by Individual Defendants, F. Fred Pezeshkan, Iraj J. Zand, and Raymond Sehayek.  Consistent with the Court's *Order Granting in Part Motion for Attorney's Fees, Paralegals' Fees, and Costs in Excess of Taxable Costs* (Doc. No. 281), the Court's *Order Determining Amount of Attorney's Fees* (Doc. No. 380), and the Court's *Order Granting Motion to Amend the Final Judgment of Attorney's Fees to Provide for Judgment Interest* (Doc. No. 409), it is

---

[1] This amendment provides for interest on the amount of fees awarded by the *Final Judgment of Attorney's Fees* (Doc. No. 381), to which Individual Defendants are entitled under Florida law. *See Quality Engineered Installation, Inc. v. Higley South, Inc.*, 670 So.2d 929 (Fla. 1996).

**ORDERED:**

Judgment is hereby entered in favor of F. Fred Pezeshkan, Iraj J. Zand, and Raymond Sehayek and against Antaramian Properties, LLC, Jack Antaramian, individually, Antaramian Family, LLC, and the Antaramian Family Trust, jointly and severally, in the amount of $2,696,705.14, with pre-judgment interest in the amount of $116,863.37, making a total of $2,813,568.51, that shall bear interest at the rate of 0.12% a year, for which let execution issue.[2]

DATED: __ August 11, 2014

*[signature]*

Caryl E. Delano
United States Bankruptcy Judge

Attorney Robert Landon, III, is directed to serve a copy of this judgment on interested parties and to file a proof of service within three days of entry of the judgment.

---

[2] The pre-judgment interest amount of $116,863.37 is the product of the $2,696,705.14 amount of fees awarded under the *Final Judgment of Attorney's Fees* entered on July 18, 2014 (Doc. No. 381), multiplied by the 4.75% a year Florida statutory judgment interest rate provided under Section 55.03, Florida Statutes, for the period of time (333 days) between July 18, 2014 and August 19, 2013, the date the Order establishing Individual Defendants' entitlement to recover their fees in an amount to be determined was entered (Doc. No. 281).