UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE: BASIL STREET PARTNERS, LLC

---

ANTARAMIAN PROPERTIES, LLC, ANTARAMIAN PROPERTIES, LLC, JOSEPH D. STEWART, THE ANTARAMIAN FAMILY TRUST and ANTARAMIAN FAMILY LLC,

    Plaintiffs,

v.                                       Case No: 2:14-cv-573-FtM-38

RAYMOND SEHAYEK, IRAJ ZAND, F. FRED PEZESHKAN, F. FRED PEZESHKAN, IRAJ ZAND and RAYMOND SEHAYEK,

    Defendants.
_____/

## **ORDER**[1]

On February 2, 2015, the Appellant, Jack J. Antaramian died while this case was still pending. Antaramian's estate is being administered by the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida. Atty. Joseph D. Stewart was appoint as curator and has been substituted as the party in place of the decedent Jack J. Antaramian. On May 8, 2015, the Parties filed a Rule 8023 Stipulation for Dismissal with Prejudice. (Doc. #14).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

However, the Curator of the Estate, Stewart, cannot sign off on the settlement agreement until he is authorized to do so by the Circuit Court.  The Parties have represented to this Court that once Stewart is authorized to sign off on the stipulated settlement, he will sign the agreement and the case will be dismissed with prejudice.  However, the issue still remains pending in the Florida Circuit Court.  Therefore, until the issue is completed in the Circuit Court this case will be stayed.

Accordingly, it is now

**ORDERED:**

This case is **STAYED** pending the Circuit Court for the Twentieth Judicial Circuit completing the necessary requirements regarding Jack J. Antaramian's estate.  The Appellants are directed to file a written status report with the Court every sixty (60) days as to the progress of the Circuit Court proceedings.

**DONE** and **ORDERED** in Fort Myers, Florida this 14th day of September, 2015.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record