UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:  BASIL STREET PARTNERS, LLC

---

ANTARAMIAN PROPERTIES, LLC,
ANTARAMIAN PROPERTIES, LLC,
JOSEPH D. STEWART, THE
ANTARAMIAN FAMILY TRUST and
ANTARAMIAN FAMILY LLC,

      Plaintiffs,

v.                                     Case No:  2:14-cv-573-FtM-38

RAYMOND SEHAYEK, IRAJ ZAND,
F. FRED PEZESHKAN, F. FRED
PEZESHKAN, IRAJ ZAND and
RAYMOND SEHAYEK,

      Defendants.
_____/

**<u>ORDER</u>**[1]

This matter comes before the Court on the Appellants and Appellees Rule 8023 Stipulation for Dismissal with Prejudice (Doc. #21) filed on March 4, 2016.  The Parties have informed the Court that the all Parties to the matter have stipulated to the dismissal of the appeal.  Pursuant to Fed. R. Bk. P. 8023:

> The clerk of the district court or BAP must dismiss an appeal if the parties file a signed dismissal agreement specifying how costs are to be paid and pay any fees that are due.  An appeal

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

> may be dismissed on the appellant's motion on terms agreed
> to by the parties or fixed by the district court or BAP.

The Parties in this case have informed the Court that each Party will bear their own costs and attorney's fees. After reviewing the record and the Stipulation, the Court finds the requirements of Fed. R. Bk. P. 8023, have been satisfied. The appeal is due to be dismissed.

Accordingly, it is now

**ORDERED:**

The Appellants and Appellees Rule 8023 Stipulation for Dismissal with Prejudice (Doc. #21) is **ACCEPTED**.

(1) The **STAY** on the proceedings is lifted and the appeal is hereby **DISMISSED** with prejudice.

(2) All Parties to bear their own attorney's fees and costs.

(3) The Clerk of the Court shall enter judgment accordingly, transmit a copy of this Order and Judgment to the Clerk if the Bankruptcy Court, terminate the appeal, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of March, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record