UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
Case No. 2:14-cv-00573-SPC

| | |
|---|---|
| ANTARAMIAN PROPERTIES, LLC, JACK J. ANTARAMIAN, THE ANTARAMIAN FAMILY TRUST, and ANTARAMIAN FAMILY LLC,<br><br>Appellants,<br><br>v.<br><br>F. FRED PEZESHKAN, IRAJ ZAND, and RAYMOND SEHAYEK,<br><br>Appellees. | On Appeal from the United States Bankruptcy Court (Bankr. M.D. Fla.) Case No. 9:11-bk-19510-FMD Adv. Proc. No. 9:12-ap-863-FMD |

**NOTICE OF FILING RECORDED COPY**
**OF SATISFACTION OF JUDGMENT**

Individual Defendants F. Fred Pezeshkan, Iraj Zand, and Raymond Sehayek, hereby file a copy of the Satisfaction of Judgment against Jack J. Antaramian, which has been recorded in the public records of Collier County, Florida as **Instrument Number 5237148** at **OR 5249 Page 649**.

Dated: February 23, 2016

Respectfully submitted,

By: /s/ *Robert D. W. Landon, III*
Robert D.W. Landon, III (Fla. Bar No. 961272)
KENNY NACHWALTER, P.A.
Four Seasons Tower
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
(305) 373-1000
(305) 372-1861 (fax)
rlandon@knpa.com

*Counsel for Individual Defendants F. Fred Pezeshkan, Iraj Zand and Raymond Sehayek*

## CERTIFICATE OF SERVICE

I CERTIFY a true copy of the foregoing *Notice of Filing* was served on the parties appearing on the CM/ECF docket in the above-captioned case via the CM/ECF system on March 23, 2016.

*/s/ Robert D. W. Landon, III*
Robert D. W. Landon, III

540371v1

```
INSTR 5237148 OR 5249 PG 649
RECORDED 3/8/2016 3:54 PM PAGES 2
DWIGHT E. BROCK, CLERK OF THE CIRCUIT COURT
COLLIER COUNTY FLORIDA
REC $18.50  INDX $3.00
```

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
Case No. 2:14-cv-00573-SPC

ANTARAMIAN PROPERTIES, LLC,
JACK J. ANTARAMIAN, THE
ANTARAMIAN FAMILY TRUST,
and ANTARAMIAN FAMILY LLC,

    Appellants,

v.

F. FRED PEZESHKAN, IRAJ ZAND,
and RAYMOND SEHAYEK,

    Appellees.

_____/

On Appeal from the United States
Bankruptcy Court (Bankr. M.D. Fla.)
Case No. 9:11-bk-19510-FMD
Adv. Proc. No. 9:12-ap-863-FMD

## SATISFACTION OF JUDGMENT

KNOW ALL MEN BY THESE PRESENTS, that the Individual Defendants in the above entitled action, who are F. Fred Pezeshkan, Raymond Sehayek, and Iraj Zand ("Individual Defendants" or "PZS"), holders of the Final Judgments against judgment debtors that include Jack J. Antaramian, rendered on March 4, 2013 and on August 11, 2014, which Final Judgments contained a monetary award in favor of PZS in the sum of $1.00 and $2,813,568.51, with interest

thereon at the rate provided by law, which are recorded in the public records of Collier County, Florida as **Instrument Number 4814997** at **ORB 4899 Page 1837**, and as **Instrument Number 5019766** at **ORB 5068 Page 522**, hereby acknowledge that said Final Judgments are hereby satisfied and are cancelled and satisfied of record.

PZS, by their undersigned counsel, hereby acknowledge satisfaction of said Final Judgments, and authorize and direct the Clerk of the Court to cancel the same of record.

DATED the 7th day of March, 2016.          Respectfully submitted,

KENNY NACHWALTER, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
Telephone:   (305) 373-1000
Facsimile:    (305) 372-1861

By: _____
Robert D. W. Landon, III
(Fla. Bar No. 961272)

*Attorneys for Individual Defendants F. Fred Pezeshkan, Iraj Zand and Raymond Sehayek*

STATE OF FLORIDA    )
                    ) ss:
COUNTY OF MIAMI-DADE )

On this 7th day of March, 2016, personally appeared before me, the undersigned authority, Robert D. W. Landon, III, well known to me as the person described in and who executed the foregoing instrument, and acknowledged to and before me that he executed said instrument for the purposes therein expressed.

_____
Notary Public, State of Florida at Large

My Commission Expires:



ROSA ASTIAZARAIN
MY COMMISSION # FF 242600
EXPIRES: June 22, 2019
Bonded Thru Notary Public Underwriters

2